1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10   SAMMY YOUNG WEAKLEY,

11                     Petitioner,

12             v.

13   RONALD RACKLEY, Warden,

14                     Respondent.

Case No. EDCV 15-2544-VAP (KK)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

15

16

17        Pursuant to Title 28 of the United States Code, section 636, the Court has

18   reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the

19   Final Report and Recommendation of the United States Magistrate Judge.  The

20   Court has engaged in de novo review of those portions of the Report to which

21   Petitioner has objected.  The Court accepts the findings and recommendation of

22   the Magistrate Judge.

23        In his objections to the Report, Petitioner also requests an evidentiary

24   hearing.  However, in habeas proceedings, "an evidentiary hearing is not required

25   on issues that can be resolved by reference to the state court record." Totten v.

26   Merkle, 137 F.3d 1172, 1176 (9th Cir. 1998); see also Earp v. Ornoski, 431 F.3d 1158,

27   1173 (9th Cir. 2005).  "It is axiomatic that when issues can be resolved with

28   reference to the state court record, an evidentiary hearing becomes nothing more

1 | than a futile exercise." <u>Totten</u>, 137 F.3d at 1176.  Here, the Magistrate Judge

2 | concluded all of Petitioner's claims could be resolved by reference to the state

3 | court record.  Accordingly, the Court denies Petitioner's request for an evidentiary

4 | hearing.

5 |         IT IS THEREFORE ORDERED that Judgment be entered (1) denying the

6 | Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

7 |

8 | Dated:  April 15, 2016

9 |                                 HONORABLE VIRGINIA A. PHILLIPS
                                   United States District Judge

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |