JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10  SAMMY YOUNG WEAKLEY,                    Case No. EDCV 15-2544-VAP (KK)
11                        Petitioner,
12               v.                         JUDGMENT
13  RONALD RACKLEY, Warden,
14                        Respondent.
15
16
17        Pursuant to the Order Accepting Findings and Recommendation of United
18  States Magistrate Judge,
19        IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is
20  DISMISSED with prejudice.
21
22  Dated:  April 15, 2016
                                           _____
23                                         HONORABLE VIRGINIA A. PHILLIPS
                                           United States District Judge
24
25
26
27
28